(Reap. Dec. 10457)

ANDREW FISHER CYCLE CO., INC. *v.* UNITED STATES

Entry No. 727324, etc.

(Decided February 27, 1963)

*Brooks & Brooks* for the plaintiff.
*John W. Douglas,* Acting Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: Counsel for the parties have submitted the appeals for reappraisement, enumerated in the attached schedule, for decision upon stipulation, on the basis of which I find that export value, as defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the values of the bicycle tires and tubes, imported from Holland, here involved, and that such values were the invoiced unit prices, as entered.

Judgment will issue accordingly.

(Reap. Dec. 10458)

MITSUBISHI INTERNATIONAL CORP. *v.* UNITED STATES

Entry No. 892697.

(Decided February 27, 1963)

*William Whynman* for the plaintiff.
*John W. Douglas,* Acting Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: The above-enumerated appeal for reappraisement has been submitted for decision by counsel for the parties upon stipulation, on the basis of which I find that export value, as defined in section 402a(d), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the footwear, imported from Japan, here involved, and that such value was $0.617 per pair, less the items marked A in a circle, in red ink, on page 4 of the invoice.

Judgment will issue accordingly.